In the Matter of DAVID BATT, an Attorney.— Motion granted to extent of reopening case to allow admission of additional evidence as to matters specified in moving papers, but only in cases specified. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of SOLOMON BRINN, an Attorney.— Reference ordered to Hon. Edward G. Whitaker, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of ABRAHAM GELMAN, an Attorney.— Motion granted. Supplemental charges referred to Hon. Dean Emery, referee. Action on the present motion to confirm report of referee will be deferred until coming in of report on supplemental charges. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES I. KLINGENSTEIN and Others, as Executors, etc., of JACOB K. LEVY, Deceased, and Others, v. COOLIDGE HOLDING Co., INC., and Others, Defendants, Impleaded with SUPERIOR REIGN Co., INC., Appellant. REGINALD FIELD, Receiver, Respondent.— Order resettled only to the extent indicated therein. This court determines only the matters actually before it on the appeal. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

## SECOND DEPARTMENT, DECEMBER, 1929.

ESSIE HOLZER, Appellant, v. PAULINE COHEN, Respondent.— On argument, order modified by striking from paragraph 7 of the items allowed that part thereof in parenthesis, as follows: " by whom does plaintiff claim it was given." As so modified, order affirmed, without costs. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur. Settle order on two days' notice.

EYRICH & WARD, INC., Respondent, v. MASA REALTY CORPORATION, Appellant, and Others, Defendants.—Appeal dismissed by default, with ten dollars costs and disbursements. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.